UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-21713-CV-MARTINEZ

ECO BRANDS, LLC, a Delaware limited
liability company, derivatively by and through
its member MIDAS FINANCIAL GROUP,
LLC, a Delaware limited liability company,

    Plaintiffs,

v.

ECO BRANDS, LLC, a Delaware limited
liability company, GIUSEPPE SINDONI, a
foreign individual, SINDONI NORTH
AMERICA, LLC, a Delaware limited liability
company, KLAUS SYDOW, an individual,
RODRIGO VALLEJO, an individual, ERICK
SYDOW, an individual, SOROK, LLC, a
Delaware limited liability company,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation ("R&R") on the Motion to Dismiss (DE 68) filed by Sorok, LLC and Klaus Sydow ("Sorok Defendants") and the Motion to Compel Arbitration (DE 67) filed by Sindoni North America, LLC ("Sindoni"). (DE 91). Magistrate Judge Otazo-Reyes filed reports recommending that the Motion to Dismiss be denied on jurisdictional grounds and that the Motion to Compel be granted. (DE 97, DE 98). Neither party filed objections. The Court having reviewed the R&Rs and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Reports and Recommendations (DE 97, DE 98) are **AFFIRMED** and **ADOPTED**. Sorok Defendants' Motion to Dismiss for lack of personal jurisdiction (DE 68) is **DENIED**. Sindoni's Motion to Compel Arbitration (DE 67) is **GRANTED**.

This matter shall be **DISMISSED WITHOUT PREJUDICE** pending arbitration. The Clerk is directed to mark this case **CLOSED** and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE